UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH ANDERSON, | CASE NO. 3:25-cv-5470 |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| ANN LANDERS and OPRAH WINFREY, | |
| Defendants. | |

The Court raises this matter on its own accord. On May 23, 2025, Plaintiff Ruth Anderson filed a proposed motion for leave to proceed in forma pauperis (IFP), along with a proposed complaint. Dkt. No. 1. On May 29, 2025, the Clerk of Court issued a Notice of Filing Deficiency, informing Anderson that she failed to complete, sign, and date her IFP application, directing Anderson to submit a "complete IFP Application . . . by [June 30, 2025,]" and providing instructions on how to do so. Dkt. No. 3. The deadline for Anderson to fix the deficiencies in her IFP application has passed, and she has failed to comply with the Clerk's directions. *See* Dkt.

"A party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law."

ORDER OF DISMISSAL - 1

LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, however, failure to pay the filing fee results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

Anderson's continued failure to either pay the filing fee or submit a corrected IFP application precludes her case from moving forward. The Court therefore DISMISSES this action without prejudice. The Court directs the Clerk to close this case.

Dated this 19th day of August, 2025.

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 2